Opinion issued January 14, 2010 









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-09-00548-CV

____________


INTERNATIONAL SUPPLIERS, INC., Appellant


V.


CREATIVE PROCESS CONSULTANTS, INC., Appellee






On Appeal from the 11th District Court

Harris County, Texas

Trial Court Cause No. 2007-76059






MEMORANDUM OPINION

 Appellant, International Suppliers, Inc., has filed a motion to dismiss the
appeal. More than 10 days have elapsed, and the appellee, Creative Process
Consultants, Inc., has not filed an objection. This Court has not issued an opinion. 
 Accordingly, we grant the motion and we dismiss the appeal. Tex. R. App. P.
42.1(a)(1). We overrule all other pending motions as moot. We direct the Clerk to
issue the mandate within 10 days of the date of this opinion. Tex. R. App. P. 18.1.

PER CURIAM

Panel consists of Justices Jennings, Hanks, and Bland.